**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
BIANCA M. DULGHERU, STATE BAR NO. 341387
bd@brockgonzales.com

**Attorneys for Plaintiff**
Kelly Kjelstrom

Daniel F. Fears, Bar No. 110573
Email: dff@paynefears.com
Tyler B. Runge, Bar No. 310697
Email: tbr@paynefears.com
Taylor B. Brown, Bar No. 322449
Email: tbb@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant AMERICAN
MEDICAL RESPONSE WEST

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KJELSTROM<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE WEST, a California Corporation, and DOES 1 through 30,<br><br>Defendants. | Case No.: 1:22-cv-00513-JLT-BAM<br>Judge: Hon. Barbara A. McAuliffe<br>Complaint Filed: February 25, 2022<br><br>**JOINT STIPULATION EXTENDING EXPERT DISCLOSURES, SUPPLEMENTAL EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES; ORDER** |

1
**JOINT STIPULATION EXTENDING EXPERT DISCLOSURES, SUPPLEMENTAL EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES**

Plaintiff KELLY KJELSTROM ("Plaintiff") and Defendant AMERICAN MEDICAL RESPONSE WEST ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate to the following:

1. Due to the impact of the current Southern California wildfires on Brock & Gonzales, LLP, including power shut-offs, school closures and evacuations, the parties have met and conferred regarding the existing deadlines for Expert Disclosures, Supplemental Expert Disclosures and Expert Discovery;

2. The current deadline for Expert Disclosures is January 10, 2025, the deadline for Supplemental Expert Disclosures is January 31, 2025, and the Expert Discovery Cutoff is March 14, 2025;

3. The parties agree to extend these deadlines to allow additional time for expert preparation and disclosures;

4. The new deadlines shall be as follows:

- **Expert Disclosures:** January 24, 2025
- **Supplemental Expert Disclosures:** February 14, 2025
- **Expert Discovery Cutoff:** March 28, 2025

IT IS SO STIPULATED.

DATED:   January 13, 2025                    BROCK & GONZALES, LLP

By:   */s/ Bianca M. Dulgheru*

D. AARON BROCK
CHRISTOPHER P. BRANDES
BIANCA M. DULGHERU
Attorneys for Plaintiff

**JOINT STIPULATION EXTENDING EXPERT DISCLOSURES, SUPPLEMENTAL EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES**

DATED:  January 10, 2025        PAYNE & FEARS LLP

By: */s/ Taylor B. Brown*
TYLER B. RUNGE
TAYLOR B. BROWN
Attorneys for Defendant AMERICAN MEDICAL RESPONSE WEST

# ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court orders that: the Expert Disclosure deadline is extended from January 10, 2025, to **January 24, 2025**; the Supplemental Expert Disclosure is extended from January 31, 2025, to **February 14, 2025**; and the Expert Discovery Cutoff is extended from March 14, 2025, to **March 28, 2025**.  The Pretrial Motion Filing Deadline remains April 11, 2025, Pretrial Conference remains set for September 15, 2025, at 1:30 p.m. in Courtroom 4 (JLT), and an estimated 10-day Jury Trial remains set for November 12, 2025 at 8:30 a.m. in Courtroom 4 (JLT).  (*See* Doc. 29.)

IT IS SO ORDERED.

Dated:   **January 13, 2025**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE