PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KELLY KJELSTROM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDICAL RESPONSE WEST, a California Corporation, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 1:22-CV-00513-JLT-BAM<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT DISMISSING PLAINTIFF'S SIXTH, SEVENTH, EIGHTH, AND TENTH CAUSES OF ACTION (FRCP 15(a))** |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR
LEAVE TO FILE AMENDED COMPLAINT

# ORDER

This Court, having reviewed Plaintiff Kelly Kjelstrom ("Plaintiff") and Defendant American Medical Response West's ("Defendant") Joint Stipulation For Leave To File Amended Complaint Dismissing Plaintiff's Sixth, Seventh, Eighth, And Tenth Causes Of Action (FRCP 15(a)) ("Joint Stipulation") filed on January 15, 2025, finds good cause and hereby grants Plaintiff leave to file a First Amended Complaint in the form attached to the Joint Stipulation as Exhibit A.

The Parties shall bear their own fees and costs regarding the dismissed Sixth, Seventh, Eighth, and Tenth Causes of Action.

Defendant's Answer to Plaintiff's original Complaint is deemed its Answer to the Amended Complaint.

IT IS SO ORDERED.

Dated: **January 27, 2025**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE