# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KELLY KJELSTROM,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN MEDICAL RESPONSE WEST, a California Corporation, and DOES 1 through 30, inclusive,<br><br>  Defendants. | Case No. 1:22-CV-00513-JLT-BAM<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION<br>(Doc. 46) |

# ORDER

This Court, having reviewed Plaintiff Kelly Kjelstrom ("Plaintiff") and Defendant American Medical Response West's ("Defendant") Joint Stipulation extending Plaintiff's deadline to file an Opposition to Defendant's Motion for Summary Judgment/Adjudication ("Joint Stipulation") finds good cause and hereby grants the Joint Stipulation.

IT IS ORDERED as follows:

1. The current deadline for Plaintiff to Oppose Defendant's Motion for Summary Judgment/Adjudication of April 25, 2025, shall be CONTINUED to May 2, 2025.
2. Defendant's Reply deadline will be based on the new Opposition deadline.

IT IS SO ORDERED.

Dated:   **April 28, 2025**            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR
LEAVE TO FILE AMENDED COMPLAINT