UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KJELSTROM,, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN MEDICAL RESPONSE WEST, a California Corporation, and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. 1:22-CV-00513-JLT-BAM <br><br> Hon. Barbara A. McAuliffe <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL |

This Court, having reviewed the parties' joint stipulation (Doc. 51), finds good cause to vacate the pretrial conference and trial dates in this matter, to be rescheduled, as appropriate, once the pending dispositive motion is decided.

IT IS SO ORDERED.

Dated:  **August 7, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE